UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GUSTAVO IGNACIO SALAS ORTEGA,<br>a/k/a "Sabino Alfredo Farfan Ortiz" | Hon. Jessica S. Allen<br><br>Magistrate. No. 25-8005<br><br>**ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Vikas Khanna, Acting United States Attorney for the District of New Jersey (Trevor A. Chenoweth, Assistant U.S. Attorney, appearing), and defendant Gustavo Ignacio Salas Ortega (Mary Toscano, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through April 5, 2025.

2. This Court has granted no § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

- 2 -

    a. The charges in this case result from an investigation of activities in multiple states, including substantial video evidence, and defense counsel requires adequate time to review and discuss with the defendant.

    b. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

    c. Both the United States and the defendant desire additional time to consider a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

    d. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 62 days from February 4, 2025 through April 7, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

*[signature]*
HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated: February 4, 2025

- 3 -

Form and entry consented to:

_____  _____
Trevor A. Chenoweth                              Mary Toscano, Esq.
Assistant U.S. Attorney                          Counsel for Gustavo Ignacio Salas Ortega